Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ROGER A. EVANS<br>LORI A. STEEDMAN | CASE NO. 19-40193-JMM |
| Debtors | |

### CERTIFICATE THAT NO TRANSCRIPT IS BEING REQUESTED

Notice is hereby given that appellant Kathleen McCallister is not requesting the preparation of transcripts for this appeal.

Dated: May 7, 2020

By:   /s/ Kathleen McCallister
**Kathleen McCallister, Trustee**

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 7, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

ALEXANDRA O CAVAL
Attorney at Law
alex@cavallawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

ROGER A. EVANS
LORI A. STEEDMAN
641 GRANT AVE
TWIN FALLS, ID 83301

   /s/  Kathleen McCallister
**Kathleen McCallister**