**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Roger A. Evans ) | Case Number:    19–40193–JMM |
| 641 Grant Ave ) | |
| Twin Falls, ID 83301 ) | Chapter Number: 13 |
| ) | |
| Social Security No.: xxx–xx–8512 ) | Appeal Number: 4:20–cv–00112–DCN |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |
| Lori A. Steedman ) | |
| aka Lori Glover ) | |
| 641 Grant Ave ) | |
| Twin Falls, ID 83301 ) | |
| ) | |
| Social Security No.: xxx–xx–3402 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| ) | |
| _____ ) | |

**CERTIFICATE OF READINESS**

I, Stephen W Kenyon, Clerk of the United States Bankruptcy Court for the District of Idaho, do hereby certify that the docket entries and papers comprise the record on the appeal in the above entitled matter.


Dated: 5/8/20

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court